IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT OSSIE DINKINS,<br>Register No. 529495, | )<br>)<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | No. 06-4303-CV-C-NKL |
| CMS, et al., | )<br>) | |
| Defendants. | ) | |

### ORDER

On January 25, 2007, the United States Magistrate Judge recommended that plaintiff's claims seeking an order of immediate medical parole be dismissed, without prejudice, and claims against defendants Correctional Medical Services, Medical Nursing Staff, Doctors Staff, Jefferson City Correctional Center and JCCC personnel Sutton, Green, Courn and Webster be dismissed, pursuant to 28 U.S.C. 1915A, and his motion for order be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted. Plaintiff's motion of January 26, 2007, seeking injunctive relief in the form of an immediate medical parole is moot.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's January 25, 2007 Report and Recommendation is adopted. [8] It is further

ORDERED that plaintiff's claims seeking an order of immediate medical parole release are dismissed, without prejudice, for failure to state a claim under 42 U.S.C. § 1983, and his motions for order and injunctive relief on these claims are denied. [7, 9] It is further

ORDERED that plaintiff's claims against defendants Correctional Medical Services, Medical Nursing Staff, Doctors Staff, Jefferson City Correctional Center and JCCC personnel

Sutton, Green, Courn and Webster are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 23, 2007
Jefferson City, Missouri