# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**ROBERT OSSIE DINKINS, Register No. 529495**

    v.

**CMS, et al**

Case Number: **06-4303-CV-C-NKL**

   \_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   \_X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**

–    that plaintiff's claims are dismissed for failure to comply with court orders, pursuant to the provisions of Fed. R. Civ. P. 41(b).

ENTERED ON: May 4, 2007

May 4, 2007                                   PATRICIA L. BRUNE

Date                                             Clerk

                                                  L. Bax
                                                  (By) Deputy Clerk